IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHOR CHIN LIM,

    Plaintiff,

v.

SCOTT WALKER, JOHN J. McALARY, DIANE F. BOSSE,
BRYAN R. WILLIAMS, ROBES S. McMILLEN, E. LEO
MILONAS, MICHAEL COLODNER, STAPLES, INC.,
RON SARGANT, CITY OF MILPITAS, JOSE ESTEVES,
MARK GRIFFITHS, DREW WINTERS, BOARD OF
REGENTS OF UNIVERSITY OF WISCONSIN SYSTEM,
GOH CHOK TONG, QUEST DIAGNOSTICS, INC.,
KENNETH W. FREEMAN, SURYA MOHAPATRA, MARK
KHOO, FRANK VAN ORDEN, RICKY LAU, ELIZABETH
LAU, WIATR, LLC., MITT ROMNEY, ED GALLARDO,
LAURIE SMITH, SARAH HOLIDAY, M. MILLER,
BAYMONT INNS AND SUITES, BARBARA B. CRABB,
FRANK EASTBROOK, WILLIAM BAUER, ANN
WILLIAMS, J.B. VAN HOLLEN, RONALD HACKER,
AMIR SAM DIBAEI, YOK LAW, LLOYD SMITH LLC,
MATTHEW PALMER, LLOYD SMITH, JOHN REID,
CHARLES N. CLEVERT, MOTEL 6, RAEWADEE
PARNWUKH, BRENT WILKENING, RONG SHENG,
INC., KITTY CHIANG, JOSE ORDUNA, PAUL RYAN,
DAYS INN, PETER OPPENEER and
DOES 1 through 18, inclusive,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-625-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's federal claims as frivolous and declining to exercise supplemental jurisdiction over plaintiff's state law claims.

_Peter Oppeneer_      9/18/12

Peter Oppeneer, Clerk of Court      Date